FILED
Jan 2, 04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| HERBERT L. MITCHELL<br>Plaintiff, | CASE NO. 3:02CV2136 (AVC) |
| v. | |
| MAURICE COLLIN, TASI VRIGA,<br>EUGENE A. MIGLIARO. JR.,<br>CHRISTOPHER DUNN,<br>Defendants. | January 2, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendants and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain his burden of proof that the Defendants have violated his rights under federal law.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

1

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 2nd day of January, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General