UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 2, 04
~~2003 DEC 22~~ A 10: 12

| | |
|---|---|
| HERBERT L. MITCHELL<br>    Plaintiff, | CASE NO. 3:02CV2136 (AVC)<br>DISTRICT COURT<br>HARTFORD CT |
| v. | |
| MAURICE COLLIN, TASI VRIGA,<br>EUGENE A. MIGLIARO. JR.,<br>CHRISTOPHER DUNN,<br>    Defendants. | January 2, 2004 |

### DEFENDANT'S INDEX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Exhibit 1   Letter dated October 17, 2001 from Maurice Collin to Herbert Mitchell;

Exhibit 2   Memo dated May 10, 2002 from Collin to District 1 Personnel;

Exhibit 3   Memo dated May 14, 2002 from Collin to Mitchell;

Exhibit 4   Memo dated June 21, 2002 from Collin to Mitchell;

Exhibit 5   Statement dated August 14, 2002 by Hugo C. Adams;

Exhibit 6   Report from the Rocky Hill Police Department, dated June 24, 2002 with attachments;

Exhibit 7   Letter dated July 11, 2002 from Tasi Vriga to Mitchell;

Exhibit 8   Certified letter dated July 17, 2002 from Vriga to Mitchell;

Exhibit 9   Letter dated July 23, 2002 from Vriga to Mitchell;

Exhibit 10   Stipulated Agreement, OLR Case No. 12-5150, dated October 11, 2002;

Exhibit 11   Plaintiff's Amended Complaint, dated February 10, 2003;

Exhibit 12   DVA Seniority List as of July 1, 2002 for Layoff Purposes;

Exhibit 13   Memo dated November 20, 2002 from Office of Labor Relations to Agency Heads, Labor Relations Designees;

Exhibit 14   Contract between State of Connecticut and AFSCME, Social and Human Services (p-2) Bargaining Unit for period July 1, 1999 to June 30, 2002;

Exhibit 15   Affidavit of Maurice Collin, dated December 23, 2003;

Exhibit 16   Affidavit of Tasi Vriga, dated December 23, 2003;

Exhibit 17   Affidavit of Robert Norman, dated December 22, 2003;

Exhibit 18   Affidavit of Christopher Dunn, dated December 22, 2003;

Exhibit 19   Excerpts from Deposition of Herbert Mitchell, dated November 26, 2003.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned does hereby certify that on the 2nd day of January, 2004, a true and accurate copy of the forgoing was sent by First Class United States mail to the following:

    John R. Williams, Esq.
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510

Joseph A. Jordano
Assistant Attorney General

3