Page 140

1    Q    That wasn't a job that you held?

2    A    That was part of my job to do that whenever
3    she wasn't around. We were to do whatever --

4    Q    So you are claiming that you should have been
5    called back as a part-time secretary?

6    A    Hey, whatever needs to be done, do it. It's
7    the VSO office and I would get my job back.

8    Q    It's a part-time position now?

9    A    Well, they have it mixed with different people
10   coming in as far as I know. They have a lady from
11   Hartford who's always been stationed in Hartford, and they
12   bring her in on Tuesdays to do the job. Okay, they bring
13   in this guy. And then they were bringing -- the one that
14   they eliminated from the job, they were bringing her to do
15   the job on a couple days a week also.

16   Q    And you told me that you were one of
17   twenty-eight people that got laid off?

18   A    I heard that there were twenty-eight people at
19   the Department of Veteran Affairs that were laid off.

20   Q    Were you on the recall list for the VSO job?

21   A    That's in dispute at this particular time. I
22   am currently working with Carol Carney from the union.
23   Supposedly, I was supposed to have some SEBAC rights, but
24   I just got some emails that that job description is not
25   valid or whatever. So Carol is currently looking and

Page 141

1   talking with SEBAC. I just found this out this week in
2   regards to where I'm at as far as the rehiring process.
3       Q   Other than your suspicions, tell me what
4   evidence you have that your lay off -- identify for me
5   what evidence that you have that your layoff was because
6   of your report to the Rocky Hill Police Department. What
7   is your evidence? Did someone tell you that? What's
8   your evidence other than your suspicions?
9       A   Can I refer with her?
10          MS. ENGSTROM: No. If you have any knowledge
11  about that, go ahead.
12          THE WITNESS: That knowledge would be that I
13  heard the Commissioner, Eugene Migliaro state to a board
14  of trustee Sam Ranno on the telephone that the reason why
15  I was let go was because I called the police.
16      Q   (By Mr. Jordano) Now, when did you hear him
17  say that?
18      A   11:30 on July 21st.
19      Q   11:30?
20      A   11:30 in the morning.
21      Q   July 21st?
22      A   It was on a Sunday.
23      Q   Okay. And where did you hear the Commissioner
24  say that?
25      A   On the telephone.

Page 142

1  Q   The Commissioner was in his office?

2  A   No.

3  Q   Where was he?

4  A   At his home.

5  Q   All right. And you were at his home?

6  A   No.

7  Q   How did you hear the Commissioner say that?

8  A   Sam Ranno has a phone that he can do, like, a
9  conference call.

10 Q   Okay.

11 A   All right, he had me on mute. He was trying
12 to get --

13 Q   So Sam Ranno is a friend of yours?

14 A   A friend of mine. He was trying to get the
15 Commissioner to say, Hey, this guy is okay. Moe has a
16 problem. And the Commissioner said, bottom line was that
17 he called the police. He said, he called the police.
18 He's got to go.

19 Q   And what was the other gentleman that set this
20 up? What was his name?

21 A   Sam Ranno.

22 Q   Ranno?

23 A   Yes. He's on the board of trustees.

24 Q   Board of trustees of what?

25 A   The VA Hospital.

Page 176

1                    STATE OF CONNECTICUT

2

3       I, Aretha S. Martin, a Notary Public duly

4  commissioned and qualified in and for the State of

5  Connecticut, do hereby certify that pursuant to notice

6  there came before me on the 26th day of November, 2003,

7  the following-named person, to wit: Herbert L. Mitchell,

8  who was by me duly sworn to testify to the truth and

9  nothing but the truth; that he was thereupon carefully

10 examined upon his oath and examination reduced to writing

11 under my supervision; that this deposition is a true

12 record of the testimony given by the witness.

13      I further certify that I am neither attorney nor

14 counsel for nor related to nor employed by any of the

15 parties to the action in which this deposition is taken,

16 and further that I am not a relative or employee of any

17 attorney or counsel employed by the parties hereto, or

18 financially interested in this action.

19      IN WITNESS THEREOF, I have hereunto set my hand this

20 3rd day of December, 2003 *[signature]*

21

22                     Aretha S. Martin, Notary Public

23 My Notary Expires: June 30, 2007.

24

25