UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBERT MITCHELL | : | CIVIL NO. 3:02CV2136(AVC) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MAURICE COLLIN, TASI VRIGA and EUGENE MIGLIARO, JR. | : | |
| | : | |
| *Defendants* | : | July 21, 2004 |

## DEFENDANTS' MOTION FOR RECONSIDERATION

COMES NOW the defendants, Maurice Collin, Tasi Vriga and Eugene Migliaro, Jr., and request reconsideration of the Court's June 30, 2004 ruling denying one part of the defendants' motion for summary judgment. Specifically, the defendants request that the court reconsider its ruling and legal analysis relating to the plaintiff's procedural due process claim regarding his first separation from state service. A memorandum of law is filed herewith in support of the present motion.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

I hereby certify that on this 21st day of July, 2004, a true and accurate copy of the foregoing was mailed, United States mail, first class postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____
Joseph A. Jordano
Assistant Attorney General

2