UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERBERT L. MITCHELL | : | NO. 3:02CV2136(AVC) |
| *Plaintiff* | : | |
| VS. | : | |
| | : | |
| MAURICE L. COLLIN, | : | |
| TASI VRIGA, | : | |
| EUGENE A. MIGLIARO, JR. | : | |
| *Defendants* | : | August 2, 2004 |

## MOTION IN LIMINE

COMES NOW the defendants and move the court for an order in limine prohibiting the plaintiff from offering or adducing any evidence on any issues or claims that were rejected by the court on summary judgment including but not limited to: (1) plaintiff being the victim of an alleged assault on June 21, 2002; (2) plaintiff's claim of cover up; (3) plaintiff's subsequent lay off in 2003; (4) or plaintiff's complaints about his Loudermill hearing and termination after July 23, 2002.

Said evidence is irrelevant, immaterial, speculation, premised upon hearsay, and will confuse and mislead the jury to the defendants' prejudice.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion in Limine was mailed on this 2nd day of August, 2004, first class postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Joseph A. Jordano
Assistant Attorney General