**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HERBERT L. MITCHELL | : | CASE NO. 3:02CV2136 (AVC) |
|     Plaintiff, | : | |
| v. | | |
| | : | |
| MAURICE COLLIN, TASI VRIGA, | : | |
| EUGENE A. MIGLIARO. JR., | : | |
|     *Defendants* | : | July 30, 2004 |

## **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1.    Are you a veteran?  Will the fact that the plaintiff is a veteran influence your judgment for either side?

2.    As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3.    If, after hearing the evidence in this case and the Judge's instructions, you found that the defendants have not discriminated against the plaintiff, would you have any difficulty deciding in the defendants' favor, even though the plaintiff would receive no monetary award?

4.    Have you or any relative or any close friend ever been employed by the State of Connecticut?  If so, please state who was employed by the State, describe the position held, state when the position was held?

5.    If you are employed, please state:

    a. the name of your employer;

    b. your job title;

     c. time you have been employed with current employer.

6. If you have a spouse who is employed, please state:

     a. the name of your spouse's employer;

     b. your spouse's job title;

     c. your spouse's time with current employer.

7. Many of the witnesses in this case are employed by the State of Connecticut, Department of Veterans' Affairs. Have you or any relative or any close friends had a personal experience with a member or members of this agency such that it would make it difficult to consider their testimony impartially and fairly?

8. Have you ever held a management position? If so, do you agree that managers sometimes make inadvertent mistakes with no intent to harm anyone?

9. Have you or any relative or close friend ever filed a complaint or lawsuit against your/his/her employer or been involved, as a party or a witness, in a lawsuit against an employer? If the answer to the foregoing question is yes, please provide details of the nature and circumstances of the complaint and state whether this might affect your ability to judge this case fairly, and, if so, in what way?

10. Have you, or any relative or close friend been treated unfairly by your/his/her employer for any reason? If so, please provide the details.

11. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

12. Do you have any knowledge about this lawsuit or any other lawsuit involving the actions of the defendant or of the plaintiff?

13. Do you have any particular feelings concerning the defendants which would in any way affect your ability to be fair and impartial in this case?

14. Have you or any relative or any close friend studied law?

15. Have you ever been a party to a lawsuit or brought a claim for money damages, if so:

   a. Did you bring the suit or claim or was it brought against you;

   b. What was the nature of the lawsuit or claim;

   c. How was the suit or claim resolved?

16. Have you or any relative or any close friend ever worked for a lawyer?

17. If you should find that, under the law given by the Judge, the evidence favors the defendants, will you have any hesitancy returning a verdict for the defendants?

18. If instructed to do so by the Judge, could you put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

19. Do you feel, for any reason, that you could not fairly decide this case?

20. Have any of you ever been a member of a union?

21. Do you who feel that merely because the defendants have been sued that they must have done something wrong or must legally be at fault?

22. Do you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party?

23. Is there any reason whatsoever that you feel that you simply would rather not serve on this jury?

24. Have you or any relative or any close friend had any experience with any officer or employee of the State of Connecticut including the Attorney General's Office and the

Department of Veterans' Affairs or any other agency, which would prevent you from considering the evidence impartially and fairly?

25. Have you or any members of your family ever been sued by the State of Connecticut or any other governmental agency? Have you or any relative or any close friend ever brought suit against the State of Connecticut or any other governmental agency?

26. Have you or any relative or any close friend ever been convicted of a crime?

27. Do you have any feelings or opinions about state employees, their abilities or general competence that would interfere with your ability to fairly judge the defendants in this case?

28. Have you read, heard, or been exposed to any unfavorable comments about the Department of Veterans' Affairs that would interfere with your ability to fairly judge the defendants in this case?

29. Have you or any relative or any close friends been disciplined or treated less favorably at work for what you believe to be for reasons other than your job performance?

30. Have you ever felt that you or any relative or close friend was the subject of retaliation by your/their employer?

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Email:  Joseph.Jordano@po.state.ct.us
     Federal Bar # ct 21487

## **CERTIFICATION**

I herein certify that a copy of the foregoing Defendants' Proposed Voire Dire Questions was mailed this       day of  August, 2004 to all counsel of record via first class mail, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General