26

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 JUL 21  A 9: 21

| | | |
|---|---|---|
| HERBERT MITCHELL | : | CIVIL NO. 3:02CV2136(AVC) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MAURICE COLLIN, TASI | : | |
| VRIGA and EUGENE | | |
| MIGLIARO, JR. | : | |
| *Defendants* | : | July 21, 2004 |

## DEFENDANTS' MOTION FOR RECONSIDERATION

COMES NOW the defendants, Maurice Collin, Tasi Vriga and Eugene Migliaro, Jr., and request reconsideration of the Court's June 30, 2004 ruling denying one part of the defendants' motion for summary judgment. Specifically, the defendants request that the court reconsider its ruling and legal analysis relating to the plaintiff's procedural due process claim regarding his first separation from state service. A memorandum of law is filed herewith in support of the present motion.



FILED 2004 AUG 11  P 4: 44
U.S. DISTRICT COURT
HARTFORD, CT.

3:02CV2136(AVC).  August 10, 2004.  The defendants' motion for reconsideration (document no. 26) is GRANTED; the relief requested therein, however, is DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.