UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HERBERT L. MITCHELL

    V.                              CASE NO. 3:02CV02136(AVC)

MAURICE L. COLLIN, TASI
VRIGA and EUGENE A. MIGLIARO, JR.

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court to be settled on October 4, 2004. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 3, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, this 5th day of October, 2004.

KEVIN F. ROWE, Clerk

By: /s/ JW
Jo-Ann Walker
Deputy Clerk