UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HERBERT L. MITCHELL

     v.                                  CASE NO. 3:02CV02136(AVC)

MAURICE L. COLLIN, TASI
VRIGA, EUGENE A. MIGLIARO, JR.
and CHRISTOPHER DUNN

## JUDGMENT

      This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

      The defendants having filed their motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on July 7, 2004 having granted the motion as to the defendant Christopher Dunn, and

      Counsel of record having reported to the Court on October 4, 2004 that the above-entitled case had been settled, and no closing papers having been filed to date; it is hereby

      ORDERED that judgment be and is hereby entered in favor of the defendant Christopher Dunn and against the plaintiff; and further

      ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

      Dated at Hartford, Connecticut, this 9th day of November, 2004.

                                                    KEVIN F. ROWE, CLERK

                                                    By   /s/ JW
                                                                   Jo-Ann Walker
                                                                    Deputy Clerk

EOD: